**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANGEL TORRES** : | |
|     Petitioner, : | |
| : | **CIVIL ACTION NO. 08-CV-6057** |
| v. : | **CRIMINAL NO. 03-CR-355-02** |
| : | |
| **UNITED STATES OF AMERICA** : | |
|     Respondent. : | |
| : | |

## ORDER

**AND NOW**, this \_\_\_\_ day of November, 2012, upon consideration of Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 154), and the Government's response thereto (Doc. 159), **IT IS HEREBY ORDERED** that said Motion is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability with regard to Petitioner's § 2255 Petition is **NOT ISSUED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**